ROBERT AARON STEPHENS,

     Petitioner,

v.

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR BEAR STEARNS ALT-A TRUST 2007-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2, CITIBANK, N.A., SUCCESSOR IN INTEREST TO CITIBANK, FEDERAL SAVINGS BANK, ROSEMARY BEACH PROPERTY OWNERS ASSOCIATIONS, INC., UNKNOWN PARTIES IN POSSESSION #1, UNKNOWN PARTIES IN POSSESSION #2, ET AL., CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2, JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, MISTAKENLY IDENTIFIED AS JP MORGAN CHASE & COMPANY, AND EMC MORTGAGE CORPORATION,

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2609

Respondents.

_____/

Opinion filed February 10, 2017.

Petition for Writ of Certiorari – Original Jurisdiction.

Daniel W. Uhlfelder, Santa Rosa Beach, for Petitioner.

Michael E. Riley of GrayRobinson, Tallahassee; Elliot B. Kula, W. Aaron Daniel, and William D. Mueller of Kula & Associates, P.A., Miami, for Respondent Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2

Amy A. Perry of Pleat & Associates, Destin, for Respondent Rosemary Beach Property Owners Association, Inc.

PER CURIAM.

The petitioner has failed to demonstrate irreparable harm necessary to obtain certiorari relief. As such, we lack jurisdiction, and the petition is dismissed. See generally, CQB, 2010, LLC v. Bank of N.Y. York Mellon, 177 So. 3d 644, 645 (Fla. 1st DCA 2015) (citing Bd. of Trs. of Internal Improvement Trust Fund v. Am. Educ. Enters., LLC, 99 So. 3d 450, 454-55 (Fla. 2012)).

DISMISSED.

ROBERTS, C.J., WINOKUR and JAY, JJ., CONCUR.